AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Patricia Cobbs ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 16 CV 4912 |
| Cobb Realty LLC and Up Realty LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Patricia Cobbs                                                                                                    .

Date:   12/20/2016

_____
*Attorney's signature*

Owen H. Laird [OL-6994]
*Printed name and bar number*

The Harman Firm, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
*Address*

olaird@theharmanfirm.com
*E-mail address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*FAX number*